✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

| UNITED STATES | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| NURIA SOLE | Case Number: 04-1792-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>WEINREB | DEFENDANT'S ATTORNEY<br>SALSBERG |
|---|---|---|
| TRIAL DATE (S)<br>6/23/2004 | COURT REPORTER<br>3:40 PM | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 6/23/2004 | | | Shawn Murray |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/23/2004 | X | X | Complaint & Affidavit |
| | A | 6/23/04 | X | X | Bond |
| | B | 6/23/04 | X | X | Order |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages