AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

_filed in open court 6/23/04 /BR_

**APPEARANCE**

Case Number: 04-1792-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Nuria Sole

For Initial Appearance Only

I certify that I am admitted to practice in this court.

Date: 6-23-04

Signature: _John Salsberg_

Print Name: JOHN SALSBERG    Bar Number: 439300

Address: 95 Commercial Wharf

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617 227-7788    Fax Number: 227-7706