```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-1792-CBS** |
| NURIA SOLE, ) | |
|     Defendant, ) | |

**MEMORANDUM OF PROBABLE CAUSE AND**
**ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
**June 25, 2004**

**SWARTWOOD, M.J.**

I.  Nature of the Offense and the Government's Motion

On June 22, 2004, a Criminal Complaint was filed, charging Nuria Sole ("Ms. Sole"), with knowingly and intentionally engaging in a conspiracy to distribute and possess with intent to distribute, 500 grams or more of a mixture or substance containing methamphetamine and gamma butyrolactone (GBL), a Schedule I controlled substance analogue intended for human use, in violation of 21 U.S.C. §§802(32), 813, 841(a)(1), and 841(b)(1)(A).

At Ms. Sole's initial appearance in connection with this Complaint on June 23, 2004, she was advised of her right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and

the Government moved for a detention hearing in accordance with 18 U.S.C. §3142(f)(2)(A)(risk of flight).

Immediately following Ms. Sole's initial appearance, a consolidated probable cause/detention hearing was held and at that hearing, Shawn A. Murray, a Massachusetts State Police Officer assigned to a Drug Enforcement Administration Task Force ("DEA Task Force Officers"), testified on behalf of the Government and was cross-examined by Ms. Sole's counsel.

## II.   Findings of Fact

1.   A cooperating witness had provided DEA Task Force Officers with information that Ms. Sole assisted that cooperating witness in testing methamphetamine for quality and purifying quantities of methamphetamine by washing the drug with acetone. Additionally, Ms. Sole prepared a gallon of GBL for this cooperating witness, who then paid Ms. Sole cash and methamphetamines in exchange for the GBL.  Govt. Ex. 1.

2.   Another cooperating witness stated that in early 2003, that cooperating witness gave Ms. Sole quantities of methamphetamine in exchange for quantities of GBL. Additionally, Ms. Sole tested methamphetamines for this cooperating witness and helped that person weigh and package methamphetamines for resale. Id.

3.   A DEA special agent learned from Ms. Sole's former employer that she had, without authorization, ordered a total of 33 kilograms of GBL from chemical supply companies and 21 liters of

BD, another GHB analogue. This company official told the DEA special agent that Ms. Sole had no legitimate work-related reason for ordering these chemicals. Id.

4. On March 10, 2004, Officer Murray and other law enforcement officials executed a search warrant at Ms. Sole's residence. As a result of that search, law enforcement officials found liquid in containers that was consistent in appearance with GBH and/or GBL, a great deal of laboratory equipment, drug paraphernalia and drug packaging materials. A drug-sniffing dog alerted law enforcement officers to the presence of narcotics on the drug paraphernalia and packaging materials. Id.

### III.  Probable Cause

As a result of information received from cooperating witnesses, which was confirmed by conversations with an official from Ms. Sole's former employer and by a search of her residence, wherein laboratory equipment, drug paraphernalia and drug packaging materials were discovered, I find that there is probable cause for the offense charged against Ms. Sole in this Complaint.

### IV. Detention

At the conclusion of the probable cause/detention hearing, I recessed this case and reconvened the hearing on June 24, 2004, at which time, I was advised by the Pretrial Services Officer assigned to this case, that she recommended that Ms. Sole be ordered for an in-patient drug assessment at Spectrum House in Westborough, Massachusetts. I accepted that recommendation and without

opposition from Ms. Sole or the Government, ordered Ms. Sole sent to Spectrum House for an in-patient drug assessment. Upon completion of that assessment, I will then schedule a further hearing on the Government's motion for detention.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
