UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 04-10221-RWZ |
| ) | |
| **NURIA SOLE,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties hereby jointly file the following status report in connection with the initial status conference scheduled for September 15, 2004.

1. <u>Local Rule 116.3 Timing Requirements</u>

The government requests an additional 21 days in which to provide automatic discovery pursuant to Local Rule 116.1; the defendant does not oppose this request.  The defendant requests 21 days from the receipt of automatic discovery to make any additional discovery requests pursuant to Local Rule 116.3; the government does not oppose this request.

2. <u>Expert Discovery</u>

Barring a stipulation, the government expects to offer expert testimony regarding the drugs seized and allegedly sold in this case.  The government will produce expert discovery no later than 60 days before trial, and the defendant will produce reciprocal expert discovery no later than 14 days before trial.

3. <u>Additional Discovery</u>

See Item One above.

4. <u>Motion Date</u>

The parties do not yet know whether a motions date will be needed and will report back on this question at the next status hearing.

5. <u>Speedy Trial Act Calculations</u>

The indictment was returned on July 22, 2004, and the defendant was arraigned on August 5, 2004. The parties agree that the period from August 5, 2004 through September 15, 2004, should be excluded from the Speedy Trial Act calculations pursuant to Local Rule 112.2 and 18 U.S.C. § 3161(h) on the ground that the ends of justice served by allowing the parties to produce and review discovery and determine the need for motions outweigh the best interests of the public and the defendant in a speedy trial.

6. <u>Anticipated Trial</u>

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Interim Status Conference</u>

The parties request that an Interim Status Conference be scheduled for a date in late November to permit time for the parties to produce and review discovery, file any additional discovery requests, and consider the need for motions. The parties further request that all time between September 15, 2004, and the date of the interim status conference be excluded from the Speedy Trial Act calculations.

      Respectfully submitted,

| | |
|---|---|
| NURIA SOLE<br>By her attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ George Gormley<br>George Gormley, Esq.<br>655 Summer Street<br>Boston, MA 02210<br>617-478-2755 | By: /s/ William Weinreb<br>William D. Weinreb<br>U.S. Attorney's Office<br>United States Courthouse<br>One Courthouse Way<br>Boston, MA 02210<br>617-748-3222 |