# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.                    )<br>)<br>NURIA SOLE,              )<br>        Defendant,       )<br>_____) | **CRIMINAL ACTION**<br>**NO. 04-10221-RWZ** |

### INITIAL STATUS REPORT
### September 15, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1.  <u>Discovery</u>

The Government has requested an additional twenty-one days to complete automatic discovery.  I have granted that request.  Ms. Sole has requested twenty-one days from receipt of that discovery to make any additional discovery requests pursuant to Local Rule 116.3.  I have granted that request.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on November 29, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3.    <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 19, 2004 (date of expiration of prior order of excludable time) through November 29, 2004 (date by which discovery should be completed).    Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, February 7, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE