```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                                  )
         v.                       )   CRIMINAL ACTION
                                  )   NO. 04-10221-RWZ
NURIA SOLE,                       )
         Defendant,               )
_____)

## STATUS REPORT
### December 1, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

There are issues concerning discovery and I have given the parties additional time to resolve those differences.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>January 19, 2005, at 9:45 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 29, 2004 (date of expiration of prior order of excludable time) through January

19, 2005 (date by which discovery problems should be resolved). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, March 30, 2005</u>.

                                    <u>/s/Charles B. Swartwood, III</u>
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE