**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 04-10221-RWZ** |
| NURIA SOLE, | ) | |
| Defendant, | ) | |
| | ) | |

**ORDER OF EXCLUDABLE TIME**
**December 1, 2004**

**SWARTWOOD, M.J.**


It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 29, 2004 (date of expiration of prior order of excludable time) through January 19, 2005 (date by which discovery problems should be resolved) shall be excluded from the Speedy Trial Act.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE