## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 04-10221-RWZ
NURIA SOLE,                    )
        Defendant,             )
_____)
```

### STATUS REPORT
### January 19, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. Defendant's Expert

Ms. Sole's counsel has interviewed a chemist for the purpose of analyzing drugs seized from Ms. Sole for the purpose of determining whether or not those drugs are illegal. Ms. Sole's counsel has requested additional time to retain the expert which would include the preparation and filing of a ex parte motion for sufficient funds to pay the expert, to test the drugs, then to report to Ms. Sole's counsel as to the results of those tests. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on March 2, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue

Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 19, 2005 (date of expiration of prior order of excludable time) through March 2, 2005 (date by which Ms. Sole will have retained an expert and the expert will have completed his/her report). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, May 11, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE