UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10221-RWZ** |
| NURIA SOLE, ) | |
| Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
**January 19, 2005**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 19, 2005 (date of expiration of prior order of excludable time) through March 2, 2005 (date by which Ms. Sole will have retained an expert and the expert will have completed his/her report) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE