```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____ )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    **CRIMINAL ACTION**
                               )    **NO. 04-10221-RWZ**
NURIA SOLE,                    )
        Defendant,             )
_____ )

**STATUS REPORT**
**March 2, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

Ms. Sole has engaged the services of an expert to analyze the drugs alleged by the Government to be illegal and to have been in Ms. Sole's possession.  Additionally, the Government, as a result of information received from Ms. Sole, will again review the records in the possession of Ms. Sole's former employer in order to determine whether or not any of the drugs in her possession were in her possession for a legitimate purpose.  Counsel for the parties anticipate that both the expert analysis of the drugs and the document review of records in the possession of Ms. Sole's former employer will take approximately forty-five days.

2.  <u>Substantive Motions</u>

Ms. Sole intends to file a Motion to Dismiss based on her experts' drug analysis and the Government's review of her former employee's records.  Therefore, Ms. Sole shall file such motion by May 6, 2005 and the Government shall file an opposition to that motion by May 31, 2005.

3.  <u>Further Status Conference</u>

A further status conference shall be held in this case on June 2, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 2, 2005 (date of expiration of prior order of excludable time) through May 31, 2005 (date by which the Government is to file its opposition to Ms. Sole's motion to dismiss).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 9, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE