**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|                          |     |                    |
| ------------------------ | --- | ------------------ |
|                          | )   |                    |
| UNITED STATES OF AMERICA | )   |                    |
|                          | )   |                    |
| vs.                      | )   | **CRIMINAL ACTION** |
|                          | )   | **NO. 04-10221-RWZ** |
| NURIA SOLE,              | )   |                    |
|          Defendant,      | )   |                    |
|                          | )   |                    |

**ORDER OF EXCLUDABLE TIME**
**March 2, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 2, 2005 (date of expiration of prior order of excludable time) through May 31, 2005 (date by which the Government is to file its opposition to Ms. Sole's motion to dismiss) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE