UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Criminal No. 04-10221-RWZ |
| ) | |
| NURIA SOLE,       ) | |
| ) | |
| **Defendant.**     ) | |

### ASSENTED TO MOTION FOR ADDITIONAL TIME IN WHICH TO FILE DEFENDANT'S MOTION TO DISMISS

Now comes NURIA SOLE and hereby moves for additional time in which to file a Motion to Dismiss in the above-captioned case. The motion is currently due on May 6, 2005; defendant seeks until May 18, 2005 to file the motion.

As grounds for this motion, defendant states as follows:

1. Undersigned counsel is currently engaged in representing a witness in the criminal trial of United States v. Capozzi, 01-CR-10373-RWZ. Counsel has been so engaged since Wednesday, April 27, 2005 and anticipates that he will continue to be so engaged through Friday, May 6, 2005.

2. The Government assents to this request, and the parties agree that the Government will respond to defendant's motion on or before June 15, 2005.

> Respectfully submitted,
> **NURIA SOLE,**
> By her attorneys,
>
> /s Christie M. Charles
> _____
> George F. Gormley (BBO# 204140)
> Christie M. Charles (BBO# 646995)
> *George F. Gormley, P.C.*
> 655 Summer Street
> Boston, MA 02210
> (617) 478-2750

**Dated:**       May 3, 2005