May 17, 2005

Christie Charles
George F. Gormley, P.C.
Attorneys and counselors at law
655 Summer Street
Boston, Massachusetts 02210

Ref: United States of America *vs* Nuria Sole

Dear Ms. Charles,

      I am writing this letter to give my opinion concerning the differences in the chemical structure between 1,4-butanediol (BDO) and gamma-hydroxybutyric acid (GHB).  I will also point out that gamma butyrolactone (GBL) is not an analogue of GHB Let me preface my comments with the basis of my expertise that allows me to make a judgment concerning a comparison of the chemical structures of these 2 organic molecules.  I have a Ph.D. in the field of organic chemistry, a field that is based on the chemical structure of organic molecules and have taught the subject of organic chemistry at the college level for the past 15 years.

      It is my opinion that BDO is not an analogue of GHB.   The chemical structures are not analogous, their physical properties are not analogous and the chemical reactions they undergo are not analogous – these are the three primary ways a chemist defines if one compound is analogous to another.

      Consider the chemical structure of each compound.  The chemical structure is defined by the exact connectivity of the atoms in a molecule, utilizing this definition the difference in chemical structure of these two compounds is striking. The significant difference in structure occurs at the first carbon of the chain.  In BDO there are 2 single bonds from the first carbon to hydrogen atoms and one bond to an OH, however in GHB there is double bond to oxygen instead of 2 single bonds to hydrogen (see diagram below).  This specific arrangement of atoms is so different that the groups of atoms are given different names (also known as functional groups) and belong to different classes of molecules.  BDO belongs to the class of molecules known as alcohols and GHB belongs to the class of molecules known as carboxylic acids.

## Major difference in structure

alcohol                                               carboxylic acid

[Structure: 1,4-butanediol (BDO) with circled alcohol group (HO-CH-H-H) connected to CH₂-CH₂-CH₂-OH]     [Structure: gamma-hydroxybutyric acid (GHB) with circled carboxylic acid group (HO-C=O) connected to CH₂-CH₂-CH₂-OH]

1,4-butanediol (BDO)                                  gamma-hydroxybutyric acid (GHB)

     This difference in functional groups defines the major structural difference. In the field of organic chemistry one often speaks of the functional groups in a molecule and nearly every organic textbook in existence begins with a discussion of different functional groups. In the 1st chapter of the book I use for my organic chemistry course all the functional groups are defined and the students need to learn to recognize them all. The two functional groups that are relevant in this case are the alcohol functional group (-OH) and the carboxylic acid functional group (-COOH). The next chapters of the book are devoted to characterizing in detail all the differences in physical properties and reactivity of the various functional groups. One of the most extensive discussions in the book concerns the carboxylic acid functional group and its striking difference in chemical structure and reactivity from an alcohol functional group.

     The addition of one double bond from a carbon to an oxygen (also known as a carbonyl) leads to an enormous difference in many physical properties. For example, the melting point of BDO is 20.1 $^{\circ}$C and the melting point of GHB is -17$^{\circ}$C! Melting point is an extremely good way of differentiating the chemical structures of organic molecules and as such it is often used as a way to illustrate the differences in chemical structures when teaching the subject.

     The final and most striking difference between these molecules is in their chemical reactivity.

     A crucial point should be made here, above -17$^{\circ}$C (the melting point) the compound lactonizes, i.e. one end of the molecule reacts with the other to form a lactone ring. See diagram below. GHB cannot even be isolated in the solid state at room temperature, it exists only in the lactone form at room temperature, this form is also known as gamma butyrolactone (GBL). Therefore at room temperature GHB actually has a totally different structure - that of GBL, which is substantially different in chemical structure than BDO. And undisputedly, the structure of GBL is substantially different from GHB and is therefore not an analogue of GHB either! Most notably GBL is a ring and GHB is a straight chain.

```
HO-C(=O)-CH2-CH2-CH2-OH           cyclization        [H2C-C(=O)-O-CH2-CH2]  lactone
        GHB                          ------>                                GBL

HO-CH2-CH2-CH2-CH2-OH                                 No Reaction
        BDO
```

     Another striking difference is in the acidity of the alcohol group (pH of 16) and that of a carboxylic acid (pH of 4.5) this amounts to the carboxylic acid group being literally more than 10 billion times more acidic! To illustrate the difference in acidity that results from changing an alcohol group to a carboxylic acid group let me use the analogously similar compounds ethanol and acetic acid. Human beings can consume ethanol (the same alcohol found in beer and wine) in fairly large amounts and high concentrations, however humans cannot consume concentrated acetic acid. Vinegar is composed of 5% acetic acid in water, ingesting a glass of vinegar would make most humans vomit. Ingesting a more concentrated solution of acetic acid would result in serious burns of any membranes it contacted. These compounds, ethanol and acetic acid, have exactly the same differences in structure as BDO and GHB and by analogy would be considered substantially similar according to the lawyer prosecuting this case, they obviously are not.

     Chemically speaking there can be no question that the differences in physical properties which result from differences in chemical structure between 1,4-butanediol and gamma-hydroxybutyric acid are striking and any organic chemist, myself included, would consider them substantially *different* compounds.


Sincerely,


/s J. Thomas Ippoliti

J. Thomas Ippoliti, Ph.D.
Associate Professor of Chemistry
University of St. Thomas