*Curriculum Vitae*
*of*
**J.Thomas Ippoliti**

## Education

| | |
|---|---|
| Ph.D., Organic Chemistry<br>1987 | University of Wisconsin-Madison<br>Distributive minor including |
| M.S., Organic Chemistry<br>1981 | University of Wyoming<br>Advisor:D.A.Jaeger |
| B.A., Chemistry<br>1977 | State University of New York-<br>Potsdam  Minor:Math<br>Magna Cum Laude |

## Experience

Consultant                                    1992 to present
Vision-Ease
H.B. Fuller Co.
Medtronic
Samsung
Aspen Research
Boston Scientific
Imation
Microtrace

Expertise in organic synthesis and nmr analysis.

Associate Professor                     1995 to present
Assistant Professor                     August 1989 to 1995
University of St. Thomas
Department of Chemistry
2115 Summit Ave.
St. Paul, MN 55105

*Research Interests*: Synthesis of chromogenic substratates for enzymes.  Synthesis of isotopically labeled organic molecules, including flavor compounds and pharmaceutical compounds. Synthesis of photochromic compounds. Synthesis of water soluble polymers.  Synthesis of novel metal chelating heterocyclic ligands.  Conformational analysis of hexahydrotriazines by nmr spectroscopy.  Synthesis of metal-binding polymers.  Development of nmr multimedia software. NMR analysis of Polyurethanes.

Postdoctoral Fellow                     January 1988 to August 1989.
Exxon Research & Eng. Co.               Group Leader: Dr. Ed Stiefel
Corporate Research
Rt. 22 East
Annandale, NJ 08801

Research Assistant                          1982 to 1987. Advisor:
Department of Chemistry                      Professor Stephen F.Nelsen
University of Wisconsin-Madison


Teaching Assistant                          September 1981 to May 1982
Department of Chemistry
University of Wisconsin-Madison

Taught a freshman chemistry laboratory course for two semesters


Research Assistant                          May 1981 to September 1981
D.O.E.                                      Supervisor:Dr.John McKay
Laramie Energy and Technology Center
Laramie, Wyoming


Development of techniques to recover oil from shale and analysis of olefins present in shale oil.

Research/Teaching Assistant                 1978-1981 Advisor:
University of Wyoming                        Professor David A.Jaeger
Laramie, Wyoming


Conducted research on the use of micellar medium to catalyze chemical reactions. Established the effect of inverse micelles on the lactonization of w-hydroxy acids. Acquired experience measuring the physical properties of surfactants and with High Performance Liquid Chromatography.

## Honors and Organizations

American Chemical Society Member
Alpha Chi Sigma (Chemistry)
UST Undergraduate Research Award
Letter of commendation for teaching excellence: Fall 1981 and Spring 1982


## Awards and Grants

*2002*      Total Research Contracts of $54,000

*2001*      Total Research Contracts of $87,000

*2000*      Total Research Contracts of $115,000

*1999*      Total Research Contracts of $187,000

*1998*      Total Research Contracts of $163,000

*1997*      Total Research Contracts of $133,000

*1996*          Total Research Contracts: $121,000 Vision Ease, H.B. Fuller, Medtronic

*1995*          Patent issued - Metal Binding Polymers

               Vision Ease - Synthesis of Photochromics -$48,000 plus chemicals

               H. B. Fuller - Synthesis of Novel Powder Coating Catalysts -  $36,000

               Medtronic - NMR spectroscopy of Si polymers and additives - $8,000

*1994*          *V*ision Ease - Synthesis of Photochromics- $30,000

               UST Teaching Enhancement Grant - $3,300 "An Interactive Tutorial on NMR Spectroscopy"

               Research Corporation Technology Support - $5,000 for synthesis of metal binding
               polymers

*1993*          Patent filed - Metal Binding Polymers (October 1, 1993)

               Faculty Fellow at Collegiums Summer Institute on Faith and Intellectual Life

*1992*          NSF ILI Grant - $99,750 "Integration of High Field, Multinuclear NMR into the Undergraduate   Chemis

               Blandin Research Fellowship - $12,000 "A New Filtering Material for Minnesota's Waste Water Treatme

               Research Corporation Grant - $23,000  "Novel Azacyclophanes: A Study of Nitrogen Lone Pair   Interact

*1991*          UST Faculty Development Grant - $3,500 "Synthesis of a Metal Binding Polymer"

*1990*          Exxon Education Foundation Grant -  $5,000 " Synthesis and Study of Molecules in which non-
               bonding electrons are force to interact with Pi electrons"


## Publications and Patents

"Novel Naphthpyran compounds, phtoresponsive compositions and lenses" Hughes, F.J., Qin, X, Ippoliti, J. T.
U.S. Patent Application *20020165765*,  **2002**.

"Photochromic Substituted Naphthopyran Compounds" Hughes, F., Ippoliti, J. T. *U.S. Patent 6,478,988* , **2002**

Patent Filed: "Horticultural Compositions for enhancing water availability to plants" 1999

Patent Filed: "Amphoteric Polymer with pH-Adjustable Ionic Characteristics" April 23, 1997

"Water Soluble, Pyran-Based Photochromic Compound having Carboxylate Functionality on Flexible Side
Chain" *U.S. Patent 6,211,374*  **1998**.

"Metal Ion Binding Monomer and Polymer" Ippoliti, J. T.; Mabbott, G.A.; Hans, J.; Stohlmeyer, M. *U.S. Patent
5,605,994*  **1997**.

"Metal Ion Binding Monomer and Polymer" Ippoliti, J. T.; Mabbott, G.A.; Hans, J.; Stohlmeyer, M. *U.S. Patent 5,455,359*, **1995**.

"Conformationally Homogenous Secondary Amines at Room Temperature" Ippoliti, J. T.; Leta, S.; Gorun, S. *J. Am. Chem. Soc.* Submitted for publication.

"Conformations of 1,p-Diazabicyclo[n.2.2]alkanes (Azabelted Piperidines)"Nelsen, S. F.; Ippoliti, J. T.; Petillo, P. A. *J. Org. Chem.* **1990**, *55*, 3825.

"The Nitrogen Inversion Barrier of 7-Methyl-7-azabicyclo[2.2.1]heptane and the "Bicyclic        Effect" Nelsen S. F.; Ippoliti, J. T.; Frigo, T. B.; Petillo, P. A. *J. Am. Chem. Soc.* **1989**, *111*,        1776.

"On the Deprotonation of Trialkylamine Cation Radicals by Amines" Nelsen, S. F.; Ippoliti, J. T. *J. Am. Chem. Soc.* **1986**, *108*, 4879.

"Electron Transfer in the Decomposition of Hexaalkylhydrazine Dications"   Nelsen, S.F.; Ippoliti, J.T.*J.Org.-Chem.***1986**, *51*, 3169.

"Comparison of Free Energy Changes for Nitrogen Inversion and Electron Loss for some  Amino Nitrogen Compounds" Nelsen, S.F.; Cunkle, G.T.; Gannett, P. M.; Ippoliti, J.T.; Qualy, R. J. *J. Am. Chem.        Soc.* **1983**, 105, 3119.

"The Effect of Inverse Micelles on the Inter- and Intramolecular Esterification Reactions of        an w-Hydroxyalkanoic Acid" Jaeger, D.A.; Ippoliti J.T.in Solution Behavior of Surfactants, Vol.2, Mittal and Fendler Eds.; 1982, 859.

"Effect of Inverse Micelles on the Competition between Lactonization and PolymerizationReactions of an w-Hydroxy Carboxylic Acid"  Jaeger, D. A.; Ippoliti, J. T. *J. Org. Chem.* **1981**, *46*, 4964.

**Presentations**

Synthesis of a New Oxazolidinone Atntibacterial Compound" 227th ACS National Meeting, Anaheim, CA, March 28 – April 1, 2004

"The Synthesis of New Photochromic Molecules" Macalaster College, St. Paul, Minnesota, April 23, 2003

"Synthesis of dioxin-based photochromic molecules" 225th National meeting of the American Chemical Society in New LA, March 24, 2003

"Small College Research Labs: A little-known resource for small chemical businesses" 225th National meeting of the American Chemical Society in New LA, March 24, 2003

"The Synthesis of New Photochromic Molecules-The History of a Long Term Undergraduate Research Project" University of Nebraska, Lincoln, Nebraska, February 10, 2003

"The Synthesis of New Photochromic Molecules-The History of a Long Term Undergraduate Research Project" UW-River Falls, River Falls, WI, December 7, 2001

"Predicting 1H NMR Spectra of Organic Molecules" 221st ACS National Meeting, San Diego, CA, April    2001

"Bis-Benzopyran Photochromes from Quinones" 221st ACS National Meeting, San Diego, CA, April 2001

"Synthesis of Naphthopyran-based Photochromes" University of Alabama in Tuscaloosa, January 2001

"Using NMR for Structure Determination of Polyurethanes " H.B.Fuller Corp., February 2, 1999

"Using NMR for Structure Determination of Polyurethanes "  216th American Chemical Society National Meeting, Boston, MA, August 26, 1998

"Using NMR for Structure Determination of Polyurethanes " Medtronic Corporation January 13, 1998

"Using NMR for Structure Determination of Polyurethanes " Medtronic Corporation December 10, 1997

"The Synthesis of Photochromic Molecules" State University of New York - Postdam December 2, 1997

"The Synthesis of Photochromic Molecules" St. Lawrence University,  December 2, 1997

"The Synthesis of New Photochromic Molecules" University of Northern Iowa, October 2, 1997

"The Conversion of Hexahydrotriazines into Imidazolines" ACS meeting San Francisco, CA March 1997

"Success Stories in Academic/Industrial Collaborations" Council on Undergraduate Research Meeting, June 28,1996

"Who Owns What - Dealing Realistically with the Academic/Industrial Interface" Council on Undergraduate Research Meeting, June 28,1996

"H.B. Fuller and St. Thomas" H.B. Fuller Headquarters to CEO campaigning for funds for new building, 1996

"Undergradusate Research at St. Thomas" St. Thomas Alumni Meeting Sept 1996 Omaha, Nebraska

"Synthesis of New Metal Binding Polymers" Macalaster College, St. Paul, MN Fall 1995

"Novel Imidazole Containing Compounds" H.B. Fuller Spring 1995

"Integration of FT-NMR into Undergraduate Courses" ACS meeting Washington D.C. 1994

"Conformationally Homogenous Hexahydrotriazines" Gordon Research Conference June 1991

"Stereoelectronic Effects of the Nitrogen Lone Pair" University of MN Fall 1989

**Undergraduate Research Student Presentations**

Kimberly Gauquie - Oral Presentation: "Synthesis of a novel isooxazolinone antibacterial agent" 18th National Conference on Undergraduate Research, Indianapolis, IN April 15 - 18, 2004

Kayla Kent – Poster: "Utilization of therochromic molecules for detecting chemical warfare agents" 18th National Conference on Undergraduate Research, Indianapolis, IN April 15 - 18, 2004

Paul Huiras – Poster: "Trapping Naphthospyran Photochromes" 18th National Conference on Undergraduate Research, Indianapolis, IN April 15 - 18, 2004

Patrick Knoll – Poster: "Synthesis of a New Biocompatible Monomer" 18th National Conference on Undergraduate Research, Indianapolis, IN April 15 - 18, 2004

Rebecca Faber – Poster: "Isolation and characterization of protonated merocyanine dyes from spiroindolino photochromes" 18th National Conference on Undergraduate Research, Indianapolis, IN April 15 - 18, 2004

Kayla Kent "Utilization of therochromic molecules for detecting chemical warfare agents" 227th ACS National Meeting, Anaheim, CA, March 28 – April 1, 2004

Amanda Bialke "The synthesis of a hole-transporting agent" 227th ACS National Meeting, Anaheim, CA, March 28 – April 1, 2004

Jay Vlaminck "Synthesis of three novel photoluminescent molecules" 227th ACS National Meeting, Anaheim, CA, March 28 – April 1, 2004

Kimberly Gauquie "Synthesis of a novel isooxazolinone antibacterial agent" 227th ACS National Meeting, Anaheim, CA, March 28 – April 1, 2004

Nathan Coleman "Synthesis of a novel hole-transporting agent applicable to organic light emitting diodes" 227th ACS National Meeting, Anaheim, CA, March 28 – April 1, 2004

Rebecca Faber "Isolation and characterization of protonated merocyanine dyes from spiroindolino photochromes" 227th ACS National Meeting, Anaheim, CA, March 28 – April 1, 2004

Emily Rolfes "Synthesis of a New Spiroindolinobenzopyran Photochromic Polymer" Minnesota Academy of Sciences, Macalaster College, St. Paul, MN; April 26, 2003.

Emily Rolfes  "Synthesis of a New Spiroindolinobenzopyran Photochromic Polymer" 225th National meeting of the American Chemical Society in New LA, March 24, 2003

Dan Willenbring "Synthesis of Hole Transporting Agents" 17th National Conference on Undergraduate Research, University of Utah, Salt Lake City, Utah; March 13-15, 2003.

Emily Rolfes  "Synthesis of a New Spiroindolinobenzopyran Photochromic Polymer" 17th National Conference on Undergraduate Research, University of Utah, Salt Lake City, Utah; March 13-15, 2003.

Adam Garske "Synthesis of a New Hole Transporter"16th National Conference on Undergraduate Research, University of Wisconsin-Whitewater, Whitewater, WI

Alan Lueke "1,1 Dichloropropene, The Elusive Molecule"15th National Conference on Undergraduate Research, Kentucky State University, Lexington, Kentucky

David Ebner "Synthesis of Novel Dioxin-based Photochromes"15th National Conference on Undergraduate Research, Kentucky State University, Lexington, Kentucky

Crystal Dusich "Julolidine Based Photochromes"15th National Conference on Undergraduate Research, Kentucky State University, Lexington, Kentucky

Angela Pratt "Effects of Substituents on the Napthalene Ring of Napthopyran Photochromes"14th National Conference on Undergraduate Research, Montana State University, Bozeman, Montana

Woodie Cross, "Zwitterionic Polymer Properties Using SDS-PAGE and Protein Separation" 13th National Conference on Undergraduate Research, April 8-10, 1999 University of Rochester, Rochester, NY

Laurie Parker, "Synthesis of Six New Long-Lived, Intensely Colored Benzopyran Photochromes" 13th National Conference on Undergraduate Research, April 8-10, 1999 University of Rochester, Rochester, NY

Joshua Thielen, "Synthesis of an N-Phenyl Carbazole Substituted Photochrome"  13th National Conference on Undergraduate Research, April 8-10, 1999 University of Rochester, Rochester, NY

Ryan Backer, "Synthesis of a Two-Sided Naphthopyran Photochrome"  13th National Conference on Undergraduate Research, April 8-10, 1999 University of Rochester, Rochester, NY

Jeremiah Nummela, "New Water Soluble Photochrome Exhibiting Reverse Photochromic Behavior"  12th National Conference on Undergraduate Research, April 23-25, 1998 Salisbury State University, Salisbury, MD

Mary Moravec, "Synthesis of New Water Soluble Photochromic Naphthopyrans"  12th National Conference on Undergraduate Research, April 23-25, 1998 Salisbury State University, Salisbury, MD

Kate Gruis, "The Effects of New Hydrophilic Polymers on Plants in an Arid Environment" 12th National Conference on Undergraduate Research, April 23-25, 1998 Salisbury State University, Salisbury, MD

Kelly Koss, "Synthesis of a New Polyacrylamide Monomer" 12th National Conference on Undergraduate Research, April 23-25, 1998 Salisbury State University, Salisbury, MD

Amy DeVries, **J. Thomas Ippoliti** "Synthesis of Photochromic moleucules with Furan and Thiophene Substitiuents" National ACS meeting, April 13-17, 1997 San Francisco, CA.

Holly Lewis, **J. Thomas Ippoliti** "Synthesis of Highly Intense Photochromes from an Inexpensive Starting Material" National ACS meeting, April 13-17, 1997 San Francisco, CA.

Amy DeVries, **J. Thomas Ippoliti** "Synthesis of Photochromic moleucules with Furan and Thiophene Substitiuents" 11th **National Conference on Undergraduate Research,** April 24-26, 1997 University of Texas, Austin, TX

Holly Lewis, **J. Thomas Ippoliti** "Synthesis of Highly Intense Photochromes from an Inexpensive Starting Material" 11th **National Conference on Undergraduate Research,** April 24-26, 1997 University of Texas, Austin, TX

Angilique Perkins, **J. Thomas Ippoliti** "Synthesis of Water Soluble Polymers" 11th **National Conference on Undergraduate Research,** April 24-26, 1997 University of Texas, Austin, TX

Susie Belal, **J. Thomas Ippoliti** " Synthesis of Water Soluble Photochromes" 11th **National Conference on Undergraduate Research,** April 24-26, 1997 University of Texas, Austin, TX

Christine Kaiser, **J. Thomas Ippoliti** "Synthesis of a Metal Binding Surfactant" 11th **National Conference on Undergraduate Research,** April 24-26, 1997 University of Texas, Austin, TX

Justin L. Esterburg, Scott M. Carl, Chad E. Brassil and J. Thomas Ippoliti "Synthesis of Novel Metal Binding Agents" April 20-22, 1995 Union College, Schenectady, NY.

Michelle Stohlmeyer and J. Thomas Ippoliti "Novel Metal Binding Polymers" 8th National Conference on Undergraduate Research, April, 1994, Western Michigan Univ., Kalamazoo, MI.

Nick Honigschmidt and J. Thomas Ippoliti "Synthesis of bis-Imidazole Styrene: A Metal Binding Monomer" 37th Annual Undergraduate Research Symposium in Chemistry, April 30, 1994, Hamline University, St. Paul, MN.

Jeremy Hans and J. Thomas Ippoliti "Synthesis of New Photochromic Compounds" The 7th National Conference on Undergraduate Research, Univ. of Utah, Salt Lake City, UT, April 1993

Michelle Stohlmeyer "Pulsed Rotation Voltammetry for the Study of Metal Binding Polymers" The 7th National Conference on Undergraduate Research, Univ. of Utah, Salt Lake City, UT, April 1993

Jeremy Hans, Michelle Stohlmeyer and J. Thomas Ippoliti "A New Filtering Material for Minnesota's Waste Water Treatment" The 1992 Bland Fellowship Conference Program, St. Paul, MN, October 17, 1992

Karin Goetll and J. Thomas Ippoliti "Synthesis of a Metal Binding Polymer" The Sixth National Conference on Undergraduate Research, University of Minnesota, Minneapolis, MN,  April 1992

Charles Torborg and J. Thomas Ippoliti  "Synthesis of Novel Metacyclophanes"  The Fifth National Conference on Undergraduate Research, California Institute of Technology, Pasadena, CA,  April 1991

Jeff Evanson and J. Thomas Ippoliti  "Synthesis and Study of Hexahydrotriazines"  The Fifth National Conference on Undergraduate Research, California Institute of Technology, Pasadena, CA,  April 1991

Jeff Evanson and J. Thomas Ippoliti  "Synthesis and Study of Hexahydrotriazines"  The 34th Annual Undergraduate Research Symposium in Chemistry sponsored by the Minnesota Section of the American Chemical Society, St. Olaf College, Northfield, MN, May 4, 1991.

Charles Torborg and J. Thomas Ippoliti  "Synthesis of Novel Metacyclophanes"  The 34th Annual Undergraduate Research Symposium in Chemistry sponsored by the Minnesota Section of the American Chemical Society, St. Olaf College, Northfield, MN, May 4, 1991