UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Criminal No. 04-10221-RWZ |
| ) | |
| **NURIA SOLE,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The United States hereby serves notice that Assistant United States Attorney Nancy Rue will be appearing for the government in this action.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

By:   /s/ Nancy Rue
        Nancy Rue
        U.S. Attorney's Office
        United States Courthouse
        One Courthouse Way
        Boston, MA 02210
        617-748-3260