# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                            )
UNITED STATES OF AMERICA,    )
                            )
                            )
          v.                 )   CRIMINAL ACTION
                            )   NO. 04-10221-RWZ
NURIA SOLE,                  )
          Defendant,         )
_____)
```

## FINAL STATUS REPORT
### June 6, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

Counsel estimate that discovery will be completed by June 10, 2005.

2. <u>Substantive Motions</u>

Ms. Sole has filed a Motion to Dismiss.  The Government shall file its response to that motion by June 29, 2005.

3. <u>Return To The District Judge</u>

Discovery will very shortly be completed and for that reason, I am returning this case to Judge Zobel for all further proceedings including the pending Motion To Dismiss.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 31, 2005 (date of expiration of prior order of excludable time) through June 29, 2005 (date by which the Government shall file its opposition to Ms. Sole's motion to dismiss).  Therefore, I have excluded from the Speedy Trial Act, the entire period from date of Ms. Sole's arraignment through June 29, 2005, and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, September 7, 2005</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE