Affidavit of Thomas DiBerardino, Ph.D.                              June 2005
Drug & Chemical Evaluation Section

AFFIDAVIT OF THOMAS DIBERARDINO, Ph.D.

I, Thomas DiBerardino, hereby state that I am a Chemist with the United States Drug Enforcement Administration (DEA), Office of Diversion Control, Drug and Chemical Evaluation Section. I have been so employed since November 1994. Prior to my employment with DEA, I was employed by the Department of Defense as a research chemist. I hold a Doctor of Philosophy degree in chemistry from the City University of New York. I have previously been accepted as an expert in chemistry in the United States District Court, Southern District of New York in the case of *United States v. Roberts*, 01 CR. 410 (RWS), related to the substance 1,4-butanediol. If I were called to testify in this matter, I would state the following:

Title 21 of the United States Code, Section 802(32) contains the definition of a controlled substance analogue. The first part of the definition states, "the term 'controlled substance analogue' means a substance the chemical structure of which is substantially similar to the chemical structure of a controlled substance in Schedule I or II." This provision relates only to chemical **structure.** While various functional groups at different positions may alter certain physicochemical properties (solubility, polarity, melting point, etc.) they are not considered in making a determination regarding structural similarity. However, they may be considered in making a determination regarding pharmacological similarity under the second part of the definition of a controlled substance analogue.

## Chemical structure comparison between 1,4-butanediol and gamma-hydroxybutyric acid

The molecular formula is the number and types of atoms that are contained within the chemical structure of a chemical substance. The molecular formula of 1,4-butanediol (BD) consists of four carbon atoms, two oxygen atoms, and ten hydrogen atoms. gamma-hydroxybutyric acid (GHB) consists of four carbon atoms, eight hydrogen atoms, and three oxygen atoms. Therefore, we see that BD contains two more hydrogen atoms and one less oxygen atom compared to GHB. This difference is because two hydrogen atoms replace a single oxygen atom in going from BD to GHB. This is the only structural difference between the two substances. The remaining chemical structure of each substance is identical.

The similarity in chemical structure between BD and GHB is clearly illustrated when comparing how the atoms of each substance are connected. The structural formula is used for this comparison. Examination of the structural formulae of BD and GHB reveals that the only structural difference occurs on a single atom, which is where the two "extra" hydrogen atoms of BD are found compared to GHB's single oxygen atom. Figure 1 illustrates the structural formulae of GHB and BD.

Affidavit of Thomas DiBerardino, Ph.D.                                    June 2005
Drug & Chemical Evaluation Section

```
      H   H H     H
       \ / \ /
    HO--C   C   C--OH
       / \ / \ / ‖
      H   H   [O]
              
      H   H H     H
       \ / \ /
    HO--C   C   C--OH
       / \ / \ /
      H   H  [H H]
```

**Figure 1: Structural comparison between GHB (top) and BD**

The boxed atoms are the two hydrogen atoms (represented by H) in BD and the oxygen atom (represented by O) in GHB. The boxed atoms are the only atoms that differ between each substance. Note the double lines in the GHB molecule that represent a double bond attaching the oxygen atom and the carbon atom (represented by C). The corresponding carbon in BD uses the two bonds to hold two hydrogen atoms. The only structural difference is between the oxygen atom and the two hydrogen atoms. All of the remaining atoms in each substance, including the carbon having the different attachments, are spatially superimposable and, therefore, constitute the exact chemical structure. This illustrates that BD and GHB have substantially similar chemical structures.

## Structural similarity between gamma-butyrolactone and gamma-hydroxybutyric acid

The molecular formula for GHB contains four carbon atoms, eight hydrogen atoms, and three oxygen atoms. The molecular formula for gamma-butyrolactone (GBL) contains four carbon atoms, six hydrogen atoms, and two oxygen atoms. The difference is that GBL lacks two hydrogen atoms and one oxygen atom, or one molecule of water ($H_2O$). The removal of this water molecule from GHB results in its lactone or GBL, which is also known as gamma-hydroxybutyric acid lactone. GBL is a closed-ring form of the open chained GHB, which is the only structural difference. The remaining portions of the molecules are the same.

As stated, the structural formula represents the way the atoms are arranged. The chemical bonds, which connect the atoms that give rise to the chemical structure, can rotate to give different shapes although the chemical structure does not change. Figure 2 is the chemical structure for GHB, which shows how the molecule bends to mimic GBL without changing its chemical structure (note: hydrogen atoms common to both GBL and GHB are unimportant in representing the structural formula and are omitted for clarity). This occurs naturally with GHB.

Affidavit of Thomas DiBerardino, Ph.D.                                      June 2005
Drug & Chemical Evaluation Section

**Figure 1 Different shapes for GHB**

Figure 3 illustrates the structural formulae of both GHB and GBL and which is formed upon the removal or addition of a water molecule (- $H_2O$ and + $H_2O$, respectively). The only difference is that one molecule of water is missing in GBL compared with GHB and GBL is in the form of a ring. Loss of a water molecule and the formation of a ring are common in these types of molecules. The conversion of GHB from the open chain form to the closed ring form occurs naturally. The two chemicals exist in equilibrium and convert from one to the other under ambient conditions. There is no need to run a chemical reaction for this conversion to take place, thus demonstrating substantially similar chemical structure.

GHB                GBL

**Figure 2 Structural formula for GHB and GBL**

Based on the previous information, it is my expert opinion that the chemical structures of 1,4-butanediol (BD) and gamma-butyrolactone (GBL) are substantially similar to the chemical structure of the Schedule I controlled substance gamma hydroxybutyric acid (GHB).

Under penalty of perjury, I hereby state that the foregoing affidavit is true and correct to the best of my knowledge.

_____
Thomas DiBerardino, Ph.D.

3