UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10221-RWZ |
| ) | |
| NURIA SOLE, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF NURIA SOLE IN FURTHER SUPPORT OF HER MOTION TO DISMISS COUNTS THREE THROUGH ELEVEN OF THE INDICTMENT AGAINST HER

I, Nuria Sole, defendant in the above-captioned criminal matter, do on oath swear and affirm the following:

1. I am an organic chemist who was employed by Applera Corporation to do peptide nucleic acid (PNA) synthesis by solid phase peptide synthesis (SPSS) using FMOC chemistry to wash dyes from resin. As part of my job, I used BD in the lab because it is such an effective solvent. Additionally, when ordering various chemicals for use in the lab, I had to account to the DEA as to my use for the particular chemical. BD, however, was not one of the chemicals that required an explanation – because BD is a common solvent used by chemists in labs.

2. BD is a common solvent used by chemists – and it was only as a chemist that I had contact with BD. As an organic chemist, I had a legitimate use for BD.

3. Similarly, my use of GBL as a chemical solvent during the course of my employment was a legitimate usage of GBL, not an attempt to circumvent the fact that GHB is a Schedule I Controlled Substance whose distribution is illegal.

SIGNED AND SUBSCRIBED, UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 27 DAY OF JUNE, 2005.

*Nuria Sole*
**NURIA SOLE**