UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 04-10221-RWZ** |
| | ) | |
| **NURIA SOLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF WITHDRAWAL OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby withdraws its previously filed notice of appeal and/or dismisses its previously filed appeal of the sentence imposed on the defendant Nuria Sole by the district court (Zobel, J) on January 10, 2006 and from the Judgment in a Criminal Case (docketed on January 13, 2006).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Nancy Rue
NANCY RUE
Assistant U.S. Attorney

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. No parties are identified as not receiving electronic filing.

/s/ Nancy Rue
Assistant U.S. Attorney