Nuria A Sole
496 Lincoln St.
Marlborough, MA 01752
solenuri@gmail.com

The Honorable Rya W. Zobel
United States District Judge
John Joseph Moakley
US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

December 13, 2006

Re: Sole, Nuria
Docket #: 1:04CR10221-1-RWZ

Dear Judge Zobel:

My name is Nuria A Sole and I am a 48 year old woman with a PhD in Chemistry (see attached CV). I enjoyed a good professional career, until I made the mistake of using drugs; I became addicted and I lost control of my life and myself. As a result, I was arrested in June 2004. This was the first and only time in my life that I was involved in criminal behavior.

On October 17, 2005, I appeared before Your Honor and pled guilty to two counts of Conspiracy to Distribute Methamphetamine and nine counts of Possession with Intent to Distribute Controlled Substances (GHB and GBL). On January 10, 2006, Your Honor sentenced me to: Time Served (2 days) followed by Four (4) years of Supervised Release.
I note that the sentence Your Honor imposed was a downward departure from the advisory guideline range of 46-57 months, based on Diminished Capacity (due to prior mental health issues developed as a child as a result of a traumatic event) and Extraordinary Rehabilitative Efforts on my part.

Since starting supervision in January 2006, I have been in compliance with all the special conditions of my Supervised Release, which were imposed by Your Honor:

I was stipulated to minimum of 6 months in SMOC Sober Housing. I am still living in sober housing eleven months later, and I became the Manager of my floor. I am responsible for 13 residents. As a manager, I have to run drug-testing, report to the House Manager about any problems, participated in house meetings, and be sure that everybody follows the House Rules.

I am working full time as a Deli Clerk for Stop & Shop Supermarkets since January 2005 a job I have held since I was on Pre-trial Supervision.

I have not failed any drug tests since commencing supervision and as a result, I was discharged from the random urinalysis color code program in July 2006. I now submit to

periodic random urine screens at the discretion of the Probation Office, which have continued to be negative.

I continue to participate in Substance Abuse counseling, and visit my psychiatrist to be sure that my medication for Bipolar I disorder is working properly, as directed by the United States Probation Office.

I paid the Special Assessment of $1,100 to the U.S. Court within the first months of my Supervised Release.

I report to the Probation Office as directed and have had no instances of non-compliance which I am sure would be confirmed by my Probation Officer, Michael Forman or Supervising U.S. Probation Officer, Alicia Howarth. Either of them can be contacted at the U.S. Probation Office in Worcester, (508) 929-9930 for further information.

Your Honor may recall from my PSI that I am a citizen of Spain and have been residing in the United States as a resident alien with a valid green card. I am a scientist and would like to go back to research, but I know that due to my present circumstances it is impossible in the United States. My green card expires in 2008, and I have no expectations, because of my conviction, that I will be allowed to remain in the U.S. Last month, I received a job offer from a former colleague in Barcelona, Spain (see attached copy; the original was sent to my Probation Officer). This is a wonderful (and unexpected) opportunity that I would like to take advantage of, as it will allow me to return to my field of study, and be reunited with my family in Barcelona. It is important for my mental health to have emotional support, which is something that I do not have in the United States.

The reason why I am writing this letter is to ask Your Honor to consider, based on all of the above, an early termination of my Supervised Release, and allow me to go back home. It is a chance to start my life once again, but this time more wisely. I understand that if I leave the United States, I would not be allowed to return without prior permission from the Secretary of the Department of Homeland Security.

I would like to finish with this quote from Hugh White that may help your Honor to know where I am in my recovery:

" When you make a mistake, don't look back at it long. Take the reason of the thing into your mind and then look forward. Mistakes are lessons of wisdom. The past cannot be changed. The future is yet in your power."

Thank you for your time and consideration, and Happy Holidays to you and your family.

Sincerely,

*Nuria A Sole*

Nuria A Sole